**Order entered February 22 , 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01484-CV

**STEPHEN MICHAEL SIMPSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Hunt County, Texas**
**Trial Court Cause No. CC-1600340**

## ORDER

The clerk's record in this case is overdue. By postcard dated January 31, 2017, we notified the Hunt County Clerk that the clerk's record was overdue. We directed the County Clerk to file the record within 30 days. In response, the Hunt County Clerk notified the Court the record had been prepared but not filed because appellant had not paid for the clerk's record and that when appellant was notified of the cost, he stated he would be filing a statement of inability to pay.

Accordingly, we **ORDER** Hunt County Clerk Jennifer Lindenzweig to file, within **TEN DAYS** of the date of this order, either (1) the clerk's record, or (2) written verification that appellant is not indigent and has not paid for or made arrangements to pay for the record. *We notify appellant that if we receive verification he is not indigent and has not paid for or made*

*arrangements to pay for the record, we will, without further notice, dismiss the appeal.  See* TEX.

R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to:

Jennifer Lindenzweig
Hunt County Clerk


/s/     CAROLYN WRIGHT
CHIEF JUSTICE